# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| General Dynamics C4 Systems, Inc. | ) | ASBCA Nos. 58277, 58641, 58642 |
| | ) | |
| Under Contract Nos. W15P7T-04-C-E405 | ) | |
| N00039-04-C-0022 | ) | |
| N00039-04-C-2009 | ) | |
| FA8808-04-C-0022 | ) | |

APPEARANCES FOR THE APPELLANT:   David A. Churchill, Esq.
 Kevin C. Dwyer, Esq.
 Ethan E. Marsh, Esq.
 Charles L. Capito, Esq.
  Jenner & Block LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
 Lawrence S. Rabyne, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 9 June 2015

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58277, 58641, 58642, Appeals of General Dynamics C4 Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals